MICHAEL R. MC DONNELL
State Bar Number 41463
THE McDONNELL LAW FIRM
418 E. La Habra Boulevard
La Habra, California 90631
Office:  (562) 694-3827
Fax:      (562) 694-4280
mike@mcdonnelllaw.org

Attorney for Defendant, RAMON ANDRADE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff,  )<br>)<br>vs. )<br>)<br>RAMON ANDRADE, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No.: 1:12CR-328-LJO<br><br>STIPULATION TO CONTINUE<br>AND ORDER<br><br><br>Date: September 22, 2014<br>Time:  8:30 a.m.<br>The Honorable Lawrence J. O'Neill |

Defendant, Ramon Andrade, by and through his attorney, Michael R. McDonnell, and the United States of America, by and through its attorney, Kathleen Servatius, Assistant U.S. Attorney, hereby stipulate to the following request:

That the sentencing hearing scheduled for September 22, 2014, be continued to November 3, 2014, at 8:30 a.m.  There has been no previous request for continuance, and it is anticipated that there will be no further such request.

Counsel learned this week information from the defendant that could significantly impact the ultimate sentence to be imposed.

Counsel has discussed this information with the assigned Assistant U.S. Attorney, Kathleen Servatius, and she has agreed to stipulate to the continuance in order to provide

Stipulation to Continue         1
USA  Ramon Andrade   12CR328 LJO

sufficient time for counsel to explore this information. Delay in sentencing is waived per the Speedy Trial Act.

Dated: September 16, 2014

| /s/ Kathleen Servatius | /s/ Michael R. McDonnell |
|---|---|
| **Assistant U.S. Attorney** | **MICHAEL R. McDONNELL** |
| | **Attorney for Defendant** |
| | **Ramon Andrade** |

# O R D E R

**Continuance granted.** The intervening period of delay is excused in the interest of justice, pursuant to 18 USC §3161 (h) (8) (B) (iv).

IT IS SO ORDERED.

Dated: **September 18, 2014**          /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE